WILLIAM J. DAVIS et al., Appellants, v. BOARD OF SUPERVISORS OF THE COUNTY OF CLINTON et al., Respondents, and CITY OF PLATTSBURGH, Respondent-Appellant.— STALEY, JR., J.

584

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J. [51 Misc 2d 347.]